IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CALFUS DRUMMOND,

    Petitioner,

v.                          CASE NO. 4:15cv560-RH/CAS

LORETTA LYNCH et al.,

    Respondents.

_____/

## WRIT OF HABEAS CORPUS

This case is before the court on the magistrate judge's report and recommendation, ECF No. 14. No objections have been filed. Upon consideration,

IT IS ORDERED:

1. The report and recommendation is accepted and adopted as the court's opinion.

2. The petition for a writ of habeas corpus under 28 U.S.C. § 2241 is granted.

3.  The respondents must immediately release the petitioner Calfus Drummond from detention, after processing, subject to supervision on conditions properly imposed under 8 U.S.C. § 1231(a)(3).

4.  The clerk must close the file.

SO ORDERED on August 4, 2016.

s/Robert L. Hinkle
United States District Judge

Case No.   4:15cv560-RH/CAS